■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE FLETCHER, Appellant. [681 NYS2d 764] —Appeal by the defendant from a judgment of the County Court, Nassau County (Kowtna, J.), rendered November 17, 1997, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the

evidence (*see,* CPL 470.15 [5]). Mangano, P. J., Thompson, Santucci and McGinity, JJ., concur.